22339. BUMP v. CONTINENTAL CASUALTY COMPANY et al.; and vice versa.

DUCKWORTH, Chief Justice. The answers to the certified questions submitted by the Court of Appeals in this case may be found in the decision of this court in *Guess v. Liberty Mutual Ins. Co.*, 219 Ga. 581, hence we will not again undertake to consider the questions submitted.

*All the Justices concur. Head, P. J., and Mobley, J., concur specially.*

ARGUED JANUARY 15, 1964—DECIDED JANUARY 22, 1964.

*Poole, Pearce & Hall, Martin H. Rubin*, for plaintiff in error.
*Gambrell, Harlan, Russell, Moye & Richardson, Edward W. Killorin, John W. Chambers*, contra.